**07 CIV 7746**

JUDGE HOLWELL

Daniel Ebenstein (DE2190)
Chester Rothstein (CR 1417)
Holly Pekowsky (HP 5034)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY  10016
Tel:  (212) 336-8000
Fax:  (212) 336-8001



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
MACY'S MERCHANDISING GROUP, INC.,  :
:
Plaintiff,   :  Civil Action No.
:
v.   :
:
COLUMBINE CODY CORPORATION,   :
:
Defendant.   :
---------------------------------x

**MACY'S MERCHANDISING GROUP, INC.'S**
**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Macy's Merchandising Group, Inc. ("MMG") hereby advises the Court that:

The ultimate parent corporation of MMG is Macy's, Inc., which is a publicly traded company.  No other publicly held corporation owns 10% or more of the stock of MMG.

378799.1

                                          Respectfully submitted,

Dated: August ___, 2007          By: _____
      New York, New York
                                          Daniel Ebenstein (DE2190)
                                          Chester Rothstein (CR 1417)
                                          Holly Pekowsky (HP 5034)
                                          AMSTER, ROTHSTEIN & EBENSTEIN LLP
                                          Attorneys for Plaintiff
                                          90 Park Avenue
                                          New York, NY 10016
                                          Tel: (212) 336 8000
                                          Fax: (212) 336 8001