USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

NOV 29

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------- x
MACY'S MERCHANDISING GROUP, INC., :
: 2007 Civ. 07746 (RJH)
        Plaintiff, :
: *ECF Case*
   v. :
: **STIPULATION OF**
COLUMBINE CODY CORPORATION, : **DISMISSAL, WITH**
: **PREJUDICE, PURSUANT**
        Defendant. : **TO RULE 41(a)(1)(ii)**
---------------------------- :
x

    **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties to the instant litigation that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-identified action, including <u>all claims, counterclaims and cross-claims, is dismissed with prejudice</u>, all parties to bear their own costs and attorney fees. The Court retains jurisdiction to enforce the Settlement Agreement of the parties.

By: _____       By: _____
    Gregory G. Williams                                    Chester Rothstein
SIMMONS PERRINE PLC                   AMSTER, ROTHSTEIN & EBENSTEIN LLP
115 3rd Street Suite 1200                    90 Park Avenue
Cedar Rapids, IA 52401                      New York, NY 10016
319-366-7641 (phone)                        212-336-8050 (phone)
319-366-1917 (fax)                             212-336-8001 (fax)
Date: 11/15/07                                      Date: 11/16/07

*SO ORDERED:*

Date: 12/4/07

_____
U.S.D.J.

383108.1                                                                                           **Exhibit B**